# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Tomas Lopez-Felix,<br>a.k.a.: Jose Tomas Lopez,<br>a.k.a.: Jose Lopez,<br>(A 200 700 448 )<br>*Defendant* | )<br>)<br>)   Case No.   12 - 10317M<br>)<br>)<br>)<br>) |

*DOA:*
*6/21/12*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 6, 2012, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Tomas Lopez-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 10, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY:  E. Whiffen, P.S. for AUSA Donald J. Pashayan

☒ Continued on the attached sheet.

*Complainant's signature*

Joseph Teamer,
Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    June 22, 2012

*Judge's signature*

City and state:   Phoenix, Arizona

Steven P. Logan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Joseph Teamer, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 6, 2012, Jose Tomas Lopez-Felix was arrested by the Phoenix Police Department and booked into the Maricopa County Jail on local charges. While incarcerated at the Maricopa County Jail, Lopez-Felix was examined by ICE Agent D. Chavez. Agent Chavez determined Lopez-Felix to be a Mexican citizen, unlawfully present in the United States. On the May 6, 2012, an immigration detainer was lodged on Lopez-Felix with the Maricopa County jail. On June 21, 2012, Lopez-Felix was released to ICE custody and transported to the Phoenix ICE office for further investigation and processing.

3. Immigration history checks revealed Jose Tomas Lopez-Felix to be a citizen of Mexico and a previously deported alien. Jose Tomas Lopez-Felix was removed from the United States to Mexico through Del Rio, Texas, on May 10, 2011, pursuant to the reinstatement of an order of removal issued by immigration judge. There is no record of Jose Tomas Lopez-Felix in any Department of Homeland Security database to

1

suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Jose Tomas Lopez-Felix's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Tomas Lopez-Felix was convicted of Re-Entry after Deportation, a felony offense, on February 14, 2011, in the United States District Court, District of Arizona. Jose Tomas Lopez-Felix was sentenced to time served and one (1) year supervised release. Tomas Lopez-Felix's criminal history was matched to him by electronic fingerprint comparison.

5. On June 21, 2012, Jose Tomas Lopez-Felix was advised of his constitutional rights. Jose Tomas Lopez-Felix freely and willingly acknowledged his rights and agreed to provide a statement under oath. Lopez-Felix stated that his true and complete name is Jose Tomas Lopez-Felix and that he is a citizen of Mexico and of no other country. Lopez-Felix stated that he illegally entered the United States at or near Nogales on an unknown date. Lopez-Felix further stated that he had previously been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 6, 2012, Jose Tomas Lopez-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

Del Rio, Texas, on or about May 10, 201, and not having obtained the express consent

of the Secretary of the Department of Homeland Security to reapply for admission

thereto; in violation of Title 8, United States Code, Sections 1326(a) enhanced by

(b)(1).


Joseph Teamer,
Immigration Enforcement Agent,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 22th day of June, 2012.


Steven P. Logan,
United States Magistrate Judge